**Order entered October 5, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01162-CV

### JOHN DAVID ADAMS, Appellant

### V.

### STARSIDE CUSTOM BUILDERS, LLC, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-01104-2015**

## ORDER

Before the Court is John David Adams's September 24, 2018 motion for rehearing. The

Court requests that Starside Custom Builders, LLC file a response, if any, by October 22, 2018.

/s/     ROBERT M. FILLMORE
        JUSTICE